AO 442 (Rev. 11/11) Arrest Warrant

FILED 30 NOV '17 14:39 USDC-ORP

## UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
John W. Schantz

*Defendant*

Case No. '17-MJ-190

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John W. Schantz,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about November 29, 2017, within the District of Oregon, defendant John W. Schantz did: (1) knowingly and intentionally unlawfully Attempt to Possess with the Intent to Distribute a Controlled Substance (Para-Fluoroisobutyryl Fentanyl); (2) knowingly and intentionally unlawfully Import from China into the United States a Controlled Substance (Para-Fluoroisobutyryl Fentanyl); and, (3) knowingly and intentionally, after having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, unlawfully possess a firearm.

Date: 11/30/17

*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Paul Papak, U.S. Magistrate Judge
*Printed name and title*

### Return

based on arrest

This warrant was received on *(date)* 11/29/17, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

U.S. Marshal
By _____
*Printed name and title*